| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>WALTER J. ROBINSON  #40632 |
| 2 | 2475 Hanover Street<br>Palo Alto, California  94304 |
| 3 | Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545 |
| 4 | Email: walter.robinson@pillsburylaw.com |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 6 | ANDREW D. LANPHERE  #191479<br>50 Fremont Street |
| 7 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 8 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 9 | Email: bruce.ericson@pillsburylaw.com<br>        andrew.lanphere@pillsburylaw.com |
| 10 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 11 | C.J. MARTIN  #228630<br>501 West Broadway, Suite 1100 |
| 12 | San Diego, CA 92101-3575<br>Tel: (619) 234-5000 |
| 13 | Fax: (619) 236-1995<br>Email: cj.martin@pillsburylaw.com |
| 14 | |
| | Attorneys for Defendant |
| 15 | MARVELL TECHNOLOGY GROUP, LTD. |

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | | |
| 20 | CARTER BRANTNER, Individually and on Behalf of All Others Similarly Situated | Case No. C-06-06441-SI |
| 21 | | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO COMPLAINT** |
| 22 | Plaintiff, | |
| 23 | vs.<br>MARVELL TECHNOLOGY GROUP, LTD., | |
| 24 | SEHAT SUTARDJA and GEORGE A. HERVEY, | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

## RECITALS

WHEREAS plaintiffs filed this securities class action complaint on October 16, 2006, Dkt. 1 ("Complaint") alleging that defendants Marvell Techology Group Ltd., Sehat Sutardja and George A. Hervey (collectively, "Defendants") engaged in certain conduct which allegedly violated federal securities laws and California law;

WHEREAS other plaintiffs have filed three other securities class action complaints alleging much of the same conduct: (1) *Harriet Goldstein, individually and on behalf of all others similarly situated, Plaintiff, v. Sehat Sutardja, Weili Dai, Pantas Sutardja, George A. Hervey, and Marvell Technology Group, Ltd., Defendants*, No. C-06-06286-RMW; (2) *Timothy Mahrt, individually and on behalf of all others similarly situated, Plaintiff, v. Sehat Sutardja, Weili Dai, Pantas Sutardja, George A. Hervey and Marvell Technology Group, Ltd., Defendants*, No. C-06-06731-SBA; and (3) *Shawn M. Perry, individually and on behalf of all others similarly situated, Plaintiff v. Marvell Technology Group Ltd., Sehat Sutardja, Weili Dai, Pantas Sutardja and George A. Hervey, Defendants*, No. C-06-07039-JSW.

WHEREAS certain of the claims in this class action arise under the Private Securities Litigation Reform Act of 1995;

WHEREAS the undersigned counsel anticipate that a motion (or motions) will be filed to appoint lead plaintiff(s) and, if necessary, to consolidate any actions involving some or all of the same claims (e.g., motions under 15 U.S.C. § 78u-4(a)(3)) and that, once lead plaintiffs are chosen, lead plaintiffs may wish to file a consolidated amended complaint; and

WHEREAS the undersigned counsel agree that the interests of justice and judicial economy would be served by an order enlarging Defendants' time to respond to this Complaint and setting an agreed briefing schedule for any motion to dismiss the operative complaint.

## STIPULATION

NOW THEREFORE, the undersigned parties hereby stipulate as follows:

1       1.      Lead Plaintiff(s) shall file a Consolidated Amended Complaint or file a

2   notice of election to proceed on the current complaint no later than 60 days from the date of

3   entry of an order consolidating any actions involving some or all of the same claims against

4   the same Defendants and/or appointing Lead Plaintiff(s) and Lead Counsel.

5       2.      Defendants shall have 60 days after the filing and service of the

6   Consolidated Amended Complaint or Lead Plaintiffs' election to proceed on the current

7   complaint to answer or otherwise respond to the operative complaint.

8       3.      Lead Plaintiffs shall have 60 days to respond to any motion filed by

9   Defendants in response to the operative complaint, unless otherwise agreed to by the

10  parties.

11      4.      Defendants shall have 30 days after service of Lead Plaintiffs' response to

12  serve a reply, unless otherwise agreed to by the parties.

13  Dated: December 4, 2006        BRAMSON, PLUTZIK, MAHLER &
                                    BIRKHAEUSER LLP
14                                  ALAN R. PLUTZIK.
                                    L. TIMOTHY FISHER
15                                  KATHRYN A. SCHOFIELD
                                    2125 Oak Grove Road, Suite 120
16                                  Walnut Creek, CA 94598
                                    Fax: (925) 945-8792
17
                                    SCHIFFRIN & BARROWAY, LLP
18                                  MARC A. TOPAZ
                                    RICHARD A. MANISKAS
19                                  ALISON K. CLARK
                                    280 King of Prussia Road
20                                  Radnor, PA 19087
                                    Fax: (610) 667-7056
21
                                    By   [Concurrence obtained per Gen. Order 45]
22                                             Kathryn A. Schofield
                                    Attorneys for Plaintiffs
23

24      I, Andrew D. Lanphere, am the ECF user whose ID and password are being used to

25  file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order

26  45, X.B., I hereby attest that plaintiffs' counsel Kathryn A. Schofield has concurred in this

27  filing.

28

| | | |
|---|---|---|
| 1 | Dated: December 8, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | | WALTER J. ROBINSON |
| 2 | | 2475 Hanover Street |
| | | Palo Alto, California 94304 |
| 3 | | |
| | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 4 | | BRUCE A. ERICSON |
| | | ANDREW D. LANPHERE |
| 5 | | 50 Fremont Street |
| | | Post Office Box 7880 |
| 6 | | San Francisco, CA 94120-7880 |
| 7 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | | C.J. MARTIN |
| 8 | | 501 West Broadway, Suite 1100 |
| | | San Diego, CA 92101-3575 |
| 9 | | |
| | | By /s/ Andrew D. Lanphere |
| 10 | | Andrew D. Lanphere |
| 11 | | Attorneys for Defendant |
| | | MARVELL TECHNOLOGY GROUP, LTD |

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED. subject & amendment by the Court to whom these cases are ultimately assigned.

Dated: December __, 2006.

_____
United States District Judge

---

700574432v1

- 4 -

Stipulation and [Proposed] Order re
Defendants' Response to Complaint
Case No. C-06-06441 SI