1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   WALTER J. ROBINSON  #40632
2  2475 Hanover Street
   Palo Alto, California  94304
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4  Email: walter.robinson@pillsburylaw.com

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
6  ANDREW D. LANPHERE  #191479
   50 Fremont Street
7  Post Office Box 7880
   San Francisco, CA  94120-7880
8  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
9  Email: bruce.ericson@pillsburylaw.com
          andrew.lanphere@pillsburylaw.com
10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 C.J. MARTIN  #228630
   501 West Broadway, Suite 1100
12 San Diego, CA 92101-3575
   Tel: (619) 234-5000
13 Fax: (619) 236-1995
   Email: cj.martin@pillsburylaw.com
14
   Attorneys for Defendant
15 MARVELL TECHNOLOGY GROUP, LTD.

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18              SAN FRANCISCO DIVISION

19

20 CARTER BRANTNER, Individually and on       Case No. C-06-06441-SI
   Behalf of All Others Similarly Situated
21                                            **STIPULATION AND [PROPOSED]
                                              ORDER CONTINUING CASE
22                      Plaintiff,            MANAGEMENT CONFERENCE**

        vs.
23
   MARVELL TECHNOLOGY GROUP, LTD.,
24 SEHAT SUTARDJA and GEORGE A.
   HERVEY,
25

26                     Defendants.

27

28

1          **RECITALS**

2          WHEREAS plaintiffs filed this securities class action complaint on October 16,

3    2006 (Dkt. 1), alleging that defendants Marvell Techology Group Ltd., Sehat Sutardja and

4    George A. Hervey (collectively, "Defendants") engaged in certain conduct related to the

5    granting of stock options which allegedly violated federal securities laws;

6          WHEREAS certain of the claims in this class action arise under the Private

7    Securities Litigation Reform Act of 1995;

8          WHEREAS other plaintiffs have filed three other securities class action complaints

9    alleging much of the same conduct:  (1) *Harriet Goldstein, individually and on behalf of all*

10   *others similarly situated, Plaintiff, v. Sehat Sutardja, Weili Dai, Pantas Sutardja, George A.*

11   *Hervey, and Marvell Technology Group, Ltd., Defendants*, No. C-06-06286-RMW; (2)

12   *Timothy Mahrt, individually and on behalf of all others similarly situated, Plaintiff, v. Sehat*

13   *Sutardja, Weili Dai, Pantas Sutardja, George A. Hervey and Marvell Technology Group,*

14   *Ltd., Defendants*, No. C-06-06731-SBA; and (3) *Shawn M. Perry, individually and on*

15   *behalf of all others similarly situated, Plaintiff v. Marvell Technology Group Ltd., Sehat*

16   *Sutardja, Weili Dai, Pantas Sutardja and George A. Hervey, Defendants*, No. C-06-07039-

17   JSW.

18         WHEREAS on October 16, 2006 (Dkt. 2), the Court ordered that the parties file a

19   Case Management Statement by January 12, 2007 and appear for an initial Case

20   Management Conference on January 19, 2007;

21         WHEREAS, motions have been filed (Dkt. 6-40) to consolidate this and the other

22   three above-mentioned class actions and appoint lead plaintiff;

23         WHEREAS, these motions to consolidate and appoint lead plaintiff will be heard by

24   Judge Whyte on January 26, 2007 (*see Goldstein v. Sutardja, et al*, No. C-06-06286-RMW,

25   Dkt. 73);

26         WHEREAS the undersigned counsel agree that the interests of justice and judicial

27   economy would be served by an order continuing the Case Management Conference

28

700599045v1                              - 2 -                    Stipulation and [Proposed] Order re
                                                                     Case Management Conference
                                                                        Case No. C-06-06441 SI

1   currently scheduled for January 19, 2007, until Judge Whyte has resolved the pending

2   motions to consolidate and appoint lead plaintiff.

3                                   **STIPULATION**

4          NOW THEREFORE, the undersigned parties hereby stipulate and agree, subject to

5   the Court's approval, as follows:

6          1.      The deadlines established by the Clerk's October 16, 2006 order (Dkt. 2)

7   shall be vacated, and

8          2.      The initial Case Management Conference shall be continued until March 30,

9   2007, and the parties shall file their Case Management Conference Statement on or before

10  March 23, 2007.

11         Dated:  January 12, 2007          BRAMSON, PLUTZIK, MAHLER &
                                              BIRKHAEUSER   LLP
12                                           ALAN R. PLUTZIK.
                                             L. TIMOTHY FISHER
13                                           2125 Oak Grove Road, Suite 120
                                             Walnut Creek, CA  94598
14                                           Fax:  (925) 945-8792

15                                           SCHIFFRIN & BARROWAY, LLP
                                             MARC A. TOPAZ
16                                           RICHARD A. MANISKAS
                                             ALISON K. CLARK
17                                           280 King of Prussia Road
                                             Radnor, PA  19087
18                                           Fax:  (610) 667-7056

19                                           By    [Concurrence obtained per Gen. Order 45]
                                                              Alan R. Plutzik
20                                           Attorneys for Plaintiffs

21         I, Andrew D. Lanphere, am the ECF user whose ID and password are being used to

22  file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order

23  45, X.B., I hereby attest that plaintiffs' counsel Alan R. Plutzik has concurred in this filing.

24

25

26

27

28

700599045v1                          - 3 -              Stipulation and [Proposed] Order re
                                                         Case Management Conference
                                                         Case No. C-06-06441 SI

1   Dated: January 12, 2007    PILLSBURY WINTHROP SHAW PITTMAN LLP
WALTER J. ROBINSON

2                      2475 Hanover Street
Palo Alto, California 94304

3

4                      PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
ANDREW D. LANPHERE

5                      50 Fremont Street
Post Office Box 7880

6                      San Francisco, CA 94120-7880

7                      PILLSBURY WINTHROP SHAW PITTMAN LLP
C.J. MARTIN

8                      501 West Broadway, Suite 1100
San Diego, CA 92101-3575

9

                      By /s/ Andrew D. Lanphere

10                             Andrew D. Lanphere

11                      Attorneys for Defendant
MARVELL TECHNOLOGY GROUP, LTD

12

13

14                      **[PROPOSED] ORDER**

15   Pursuant to the foregoing stipulation, and good cause appearing,

16   IT IS SO ORDERED.

17   Dated: January __, 2007.

18

19                      _____

20                      United States District Judge

21

22

23

24

25

26

27

28